JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215




May 25, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: STRINGER, RUTH M /Case # 05-16307
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $2,577.81. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

| Claimant | | Amount | Claim Register # |
|---|---|---|---|
| Claimant | Diversified Adjustment Service, Inc | Amount $ 465.78 | Claim Register # 8 |
| Claimant | National Action Financial Services Inc. | Amount $ 1,000.00 | Claim Register # 15 |
| Claimant | Risk Management Alternatives Inc. | Amount $ 140.00 | Claim Register # 19 |
| Claimant | Spiegel-FCNB Processing Center | Amount $ 540.00 | Claim Register # 20 |
| Claimant | Diversified Adjustment Service, Inc | Amount $ 93.78 | Claim Register # 8I |
| Claimant | National Action Financial Services Inc. | Amount $ 201.34 | Claim Register # 15I |
| Claimant | Risk Management Alternatives Inc. | Amount $ 28.19 | Claim Register # 19I |
| Claimant | Spiegel-FCNB Processing Center | Amount $ 108.72 | Claim Register # 20I |

JOHN H. RING, III
Trustee

JHR/pls
Enc.